UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS

WILLIE C. NEAL,

Plaintiff,

-vs- Case No:

INTERNATIONAL OFFSHORE SERVICES, LLC,

Defendant.
_______________________________________/

O'BRYAN BAUN KARAMANIAN
DENNIS M. O'BRYAN (P30545)
Trial Counsel for Plaintiff
401 S. Woodward, Suite 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net
and
GEORGE P. VOURVOULIAS, III (LSBA #28254)
Local Counsel
400 Poydras Street, Ste. 1680
New Orleans, LA 70130
(504) 680-4303
(504) 527-5456 - fax
george.vlf@gmail.com
_______________________________________/

**COMPLAINT**

NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

1. Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2. Jurisdiction is founded under the Jones Act (USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure, and wages.

3. At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crew member aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. At the end of 2011 or the beginning of 2012, Plaintiff was in the course of employment when he was required to negotiate an unreasonably awkward space when in the process thereof he fell because of said failure to provide a safe place to work and seaworthy vessel with Defendant thereafter in derogation and breach of its obligation to provide maintenance and cure resulting in aggravation of the underlying condition entitling Plaintiff to attorney fees and punitive damages along with compensatory damages for said withholding.

5. Defendant's tortuous acts aforesaid caused or contributed to Plaintiff's damages, **inter alia**, as follows:

a. Pain and suffering, past future;

b. Mortification, humiliation, fright shock and embarrassment;

c. Loss of earnings and earning capacity;

d. Hospital, pharmaceutical and other cure expenses;

e. Aggravation of prior condition, if any there be;

f. Inability to engage in social, recreational, and other pursuits previously enjoyed;

g. Mental anguish;

h. Found;

i. Maintenance, cure, wages, attorney fees and/or punitive damages..

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

O'BRYAN BAUN KARAMANIAN

/s/ Dennis M. O'Bryan (w/permission)

DENNIS M. O'BRYAN (P30545)
Trial Counsel for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

and

HARMON SMITH & VOURVOULIAS, L.L.C.

/s/ George P. Vourvoulias

GEORGE P. VOURVOULIAS, III (LSBA #28254)
Local Counsel
400 Poydras St., Ste. 1680
New Orleans, LA 70130
(504) 680-4303
(504) 527-5456
george.vlf@gmail.net

Dated: June 27, 2012