UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE C. NEAL | CIVIL ACTION |
| VERSUS | NO. 12-1671 |
| INTERNATIONAL MARINE, L.L.C. | DIVISION "3" |

**JURY INTERROGATORIES**

**Please answer the following questions.**

1. Do you find by a preponderance of the evidence that International Marine, L.L.C. was negligent under the Jones Act and that such negligence was a cause in whole or in part of plaintiff Willie C. Neal's injuries?

   Answer: Yes ✓ No ____

**Please Proceed to Question 2.**

2. Do you find by a preponderance of the evidence that the *M/V INT'L TEAM* was unseaworthy and that such unseaworthiness was a proximate cause of plaintiff's injuries?

   Answer: Yes ____ No ✓

**If you answered "Yes" to either Question 1 or Question 2, please proceed to Question 3. If you answered "No" to both Question 1 and Question 2, please proceed to the bottom of the form and sign and date it as indicated below.**

3. Do you find by a preponderance of the evidence that the plaintiff, Willie C. Neal, was negligent and that his own negligence was a cause in whole or in part of his injuries?

   Answer: Yes ✓ No ____

4. If you found that there was more than one cause of plaintiff Willie C. Neal's injury, state the percentage of fault for each party whose fault you have found to have caused the injury.

(Note: The total of the percentages given in your answer must equal 100%.)

| | |
|---|---|
| International Marine, L.L.C's Negligence | 45 % |
| Unseaworthiness of the *M/V INT'L TEAM* | 0 % |
| Willie C. Neal | 55 % |
| TOTAL | 100% |

5. What amount of damages will compensate plaintiff, Willie C. Neal, for his injuries? (Do NOT adjust the amount of damages by the percentage(s) of fault you determined in response to Question 4. The Court will make any necessary calculations.)

Answer in dollars and cents:

| | |
|---|---|
| PAST, PRESENT, AND FUTURE PHYSICAL PAIN AND SUFFERING | $ 500,000 |
| PAST, PRESENT, AND FUTURE EMOTIONAL AND MENTAL SUFFERING | $ 500,000 |
| LOSS OF PAST WAGES, LESS ANY WAGES ALREADY PAID TO PLAINTIFF | $ 151,000 |
| LOSS OF FUTURE EARNINGS | $ 320,000 |
| FUTURE MEDICAL EXPENSES | $ 60,000 |
| TOTAL DAMAGES (ADD ABOVE AMOUNTS) | $ 1,531,000 |

**(The Court will total all damages.)**

**Please sign and date the verdict form and return to the courtroom.**

New Orleans, Louisiana, this 12 date of November, 2014.

[redacted]

FOREPERSON