**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WILLIE C. NEAL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1671** |
| **INTERNATIONAL MARINE, L.L.C., ET AL.** | **DIVISION "3"**<br>**28 U.S.C. § 636(c)** |

**JUDGMENT**

Considering the jury verdict rendered on November 12, 2014, and taking into account the jury's finding of contributory negligence on behalf of the plaintiff;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor the plaintiff, Willie C. Neal, and against the defendant, International Marine, L.L.C., in the amount of $688,950.00.

New Orleans, Louisiana, this 13th day of November, 2014.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**